STATE OF NEW JERSEY v. CHARLES W. BROTHERTON.

March 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY LEONE.

March 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLA CANTOR.

March 8, 1988.

Petition for certification denied.   (See 221 *N.J.Super.* 219)

STATE OF NEW JERSEY v. PAOLO TOWKANIUK.

March 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALAN COOPER.

March 8, 1988.

Petition for certification denied.